1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   APPROXIMATELY $25,560 IN U.S. CURRENCY
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. Civ. S-06-02839 WBS
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER APPOINTING**
15      v.                        ) **COUNSEL FOR CLAIMANTS**
                                  )
16 APPROXIMATELY $25,560 IN U.S.  )
   CURRENCY,                      )
17                                ) Judge: Hon. William B. Shubb
                Defendant.        )
18                                )
   _____
19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America; claimant, Reginald Bowers; and prospective claimant, Dorothy

22 Williams; as follows:

23     1.  On December 21, 2006, this Court issued an order relating the

24 above case to a criminal case, United States v. Bowers and Williams, Cr.

25 S-06-0288.  Defendants Bowers and Williams are represented in the

26 criminal case by appointed counsel – the Office of the Federal Defender

27 (Tim Zindel) represents Mr. Bowers and CJA Panel Attorney James Greiner

28 represents Ms. Williams.

2. On January 18, 2007, Mr. Bowers filed a formal claim stating his interest in defendant property. Ms. Williams also intends to file a claim. Neither person is formally represented in the civil case.

3. Section 983(b)(1)(A) of Title 18, United States Code, provides:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

4. Pursuant to section 983(b)(1)(A), Mr. Bowers asks the Court to authorize the Federal Defender to represent him, and Ms. Williams asks the Court to authorize Mr. Greiner to represent her, in the above forfeiture case. The United States has no objection to this appointment.

IT IS SO STIPULATED.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 23, 2007   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

Dated: January 23, 2007   /s/ J. Greiner
JAMES GREINER
Attorney for DOROTHY WILLIAMS

McGREGOR SCOTT
United States Attorney

Dated: January 23, 2007   /s/ K. Door
KRISTIN S. DOOR
Assistant U.S. Attorney

/////

/////

Stip. re appointment of counsel          -2-

**O R D E R**

Pursuant to 18 U.S.C. § 983(b)(1)(A), the Office of the Federal Defender is hereby authorized to represent Reginald Bowers in his claim in the above case.  Attorney James Greiner of Sacramento is hereby authorized to represent Dorothy Williams in connection with any claim she may file.

IT IS SO ORDERED.

Dated:   January 31, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE