1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:06-CV-02839 WBS-EFB
                                      )
12          Plaintiff,                ) STIPULATION FOR STAY OF
                                      ) FURTHER PROCEEDINGS AND
13     v.                             ) ORDER [PROPOSED]
                                      )
14 APPROXIMATELY $25,560.00 IN U.S.   )
   CURRENCY,                          )Date: February 22, 2010
15                                    )Time: 2:00 p.m.
            Defendant.                )Courtroom: 5
16 _____   )

17      Plaintiff United States of America, and Claimants Reginald

18 Bowers and Dorothy Williams, by and through their respective

19 counsel, hereby stipulate that a stay is necessary in the above-

20 entitled action, and request that the Court enter an order

21 staying all further proceedings for a period of six months

22 pending the outcome of a related criminal case against claimants

23 Bowers and Williams (U.S. v. Reginald Bowers and Dorothy

24 Williams, 2:06-cr-00288 WBS).  A status conference in the related

25 criminal case is scheduled for March 8, 2010.

26      1.  Claimant Bowers filed a claim to the defendant property

27 on January 18, 2007, and filed an Answer to the complaint on

28 February 2, 2007.  Claimant Williams filed a claim on February 7,

                              1

2007, and an Answer on February 27, 2007.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The plaintiff contends that the defendant currency is the proceeds of drug trafficking and is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6). Claimants deny the allegations.

3. The plaintiff intends to depose claimants regarding their claim to the defendant property and their involvement in drug trafficking. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant real property, or waiving their Fifth Amendment right and submitting to depositions and potentially incriminating themselves. If either person invokes their Fifth Amendment right, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose the law enforcement agents involved in this investigation. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to prosecute the pending criminal action.

5. The parties recognize that proceeding with this action at this time has potential adverse affects on the government's ability to prosecute the underlying criminal conduct and/or upon claimants' ability to prove their claims to the property and assert any defenses to forfeiture. For these reasons, the parties jointly request that this matter be stayed for six

months.  At that time the parties will advise the court of the
status of the related criminal action, and will advise the court
whether a further stay is necessary.

Dated: February 1, 2010  BENJAMIN B. WAGNER
         United States Attorney


        By  /s/ Kristin S. Door
          KRISTIN S. DOOR
          Assistant U.S. Attorney
          Attorneys for Plaintiff
          United States of America

Dated: 2/2/10       DANIEL J. BRODERICK
          Federal Defender


        By  /s/ Timothy Zindel
          TIMOTHY ZINDEL
          Attorneys for claimant
          Reginald Bowers

Dated: February 3, 2010  /s/ James R. Greiner
          JAMES R. GREINER
          Attorney for claimant
          Dorothy Williams

          (Original signatures retained
          by Kristin S. Door)

**ORDER**

  For the reasons set forth above, this matter is stayed
pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of
six months.  On or before August 3, 2010, the parties will advise
the court whether a further stay is necessary.  The Scheduling
Conference is continued to **August 23, 2010 at 2:00 p.m**.

IT IS SO ORDERED.

Dated: February 4, 2010

         _____
         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE