```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:06-CV-02839 WBS-EFB |
|---|---|
| Plaintiff, | ) STIPULATION FOR STAY OF |
|  | ) FURTHER PROCEEDINGS AND |
| v. | ) ORDER [PROPOSED] |
|  | ) |
| APPROXIMATELY $25,560.00 IN U.S. CURRENCY, | ) Date: February 22, 2010 |
|  | ) Time: 2:00 p.m. |
| Defendant. | ) Courtroom: 5 |

Plaintiff United States of America, and Claimants Reginald Bowers and Dorothy Williams, by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for a period of six months pending the outcome of a related criminal case against claimants Bowers and Williams (<u>U.S. v. Reginald Bowers and Dorothy Williams</u>, 2:06-cr-00288 WBS). A status conference in the related criminal case is scheduled for March 8, 2010.

1. Claimant Bowers filed a claim to the defendant property on January 18, 2007, and filed an Answer to the complaint on February 2, 2007. Claimant Williams filed a claim on February 7,

1

1  2007, and an Answer on February 27, 2007.

2       2.   The stay is requested pursuant to 18 U.S.C.
3  §§ 981(g)(1) and 981(g)(2).  The plaintiff contends that the
4  defendant currency is the proceeds of drug trafficking and is
5  forfeitable to the United States pursuant to 21 U.S.C.
6  § 881(a)(6).  Claimants deny the allegations.

7       3.   The plaintiff intends to depose claimants regarding
8  their claim to the defendant property and their involvement in
9  drug trafficking.  If discovery proceeds at this time, claimants
10 will be placed in the difficult position of either invoking their
11 Fifth Amendment rights against self-incrimination and losing the
12 ability to pursue their claims to the defendant real property, or
13 waiving their Fifth Amendment right and submitting to depositions
14 and potentially incriminating themselves.  If either person
15 invokes their Fifth Amendment right, the plaintiff will be
16 deprived of the ability to explore the factual basis for the
17 claims they filed with this court.

18      4.   In addition, claimants intend to depose the law
19 enforcement agents involved in this investigation.  Allowing
20 depositions of the law enforcement officers at this time would
21 adversely affect the ability of federal authorities to prosecute
22 the pending criminal action.

23      5.   The parties recognize that proceeding with this action
24 at this time has potential adverse affects on the government's
25 ability to prosecute the underlying criminal conduct and/or upon
26 claimants' ability to prove their claims to the property and
27 assert any defenses to forfeiture.  For these reasons, the
28 parties jointly request that this matter be stayed for six

1  months.  At that time the parties will advise the court of the
2  status of the related criminal action, and will advise the court
3  whether a further stay is necessary.

4  Dated: February 1, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
5
6                             By    /s/ Kristin S. Door
                                    KRISTIN S. DOOR
7                                   Assistant U.S. Attorney
                                    Attorneys for Plaintiff
8                                   United States of America

9  Dated: 2/2/10                    DANIEL J. BRODERICK
                                    Federal Defender
10
11                            By    /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
12                                  Attorneys for claimant
                                    Reginald Bowers
13
14 Dated: February 3, 2010          /s/ James R. Greiner
                                    JAMES R. GREINER
15                                  Attorney for claimant
                                    Dorothy Williams
16
                                    (Original signatures retained
17                                  by Kristin S. Door)

18                                **ORDER**

19      For the reasons set forth above, this matter is stayed
20 pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of
21 six months.  On or before August 3, 2010, the parties will advise
22 the court whether a further stay is necessary.   The Scheduling
23 Conference is continued to **August 23, 2010 at 2:00 p.m**.
24 IT IS SO ORDERED.
25 Dated: February 4, 2010
26                          _____
27                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
28

3