BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-02839 WBS-EFB |
| Plaintiff, | STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER [~~PROPOSED~~] |
| v. | |
| APPROXIMATELY $25,560.00 IN U.S. CURRENCY, | Date: February 22, 2011 |
| Defendant. | Time: 2:00 p.m.<br>Courtroom: 5 |

Plaintiff United States of America, and Claimants Reginald Bowers and Dorothy Williams, by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for a period of six months pending the outcome of a related criminal case against claimants Bowers and Williams (<u>U.S. v. Reginald Bowers and Dorothy Williams</u>, 2:06-CR-00288 WBS).  A status conference in the related criminal case is scheduled for February 14, 2011.

    1.  Claimant Bowers filed a claim to the defendant property on January 18, 2007, and filed an Answer to the complaint on February 2, 2007.  Claimant Williams filed a claim on February 7,

2007, and an Answer on February 27, 2007.

  2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The plaintiff contends that the defendant currency is the proceeds of drug trafficking and is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6). Claimants deny the allegations.

  3. The plaintiff intends to depose claimants regarding their claim to the defendant property and their involvement in drug trafficking. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant real property, or waiving their Fifth Amendment right and submitting to depositions and potentially incriminating themselves. If either person invokes their Fifth Amendment right, the plaintiff will be deprived of the ability to explore the factual basis for the claims they filed with this court.

  4. In addition, claimants intend to depose the law enforcement agents involved in this investigation. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to prosecute the pending criminal action.

  5. The parties recognize that proceeding with this action at this time has potential adverse affects on the government's ability to prosecute the underlying criminal conduct and/or upon claimants' ability to prove their claims to the property and assert any defenses to forfeiture. For these reasons, the parties jointly request that this matter be stayed for six

1  months.  At that time the parties will advise the court of the
2  status of the related criminal action, and will advise the court
3  whether a further stay is necessary.

4  Dated: 1/19/11                    BENJAMIN B. WAGNER
                                     United States Attorney
5
6                           By   /s/ Kelli L. Taylor
                                 KELLI L. TAYLOR
7                                Assistant U.S. Attorney
8
9  Dated: 1/19/11                    DANIEL J. BRODERICK
                                     Federal Defender
10
11                          By   /s/ Timothy Zindel
                                 TIMOTHY ZINDEL
12                               Attorneys for claimant
                                 Reginald Bowers
13                               (As authorized by phone on 1/19/11)
14
15 Dated: January 19, 2011          /s/ James R. Greiner
                                    JAMES R. GREINER
16                                  Attorney for claimant
                                    Dorothy Williams
17                                  (Original signature retained by
                                    attorney)
18
19
20
21
22
23
24
25
26
27
28

3

**ORDER**

    For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months.  On or before August 3, 2011, the parties will advise the court whether a further stay is necessary.   The scheduling conference is reset for **August 22, 2011 at 2:00 p.m**.

    IT IS SO ORDERED.

Dated: January 21, 2011

                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE