BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-02839 WBS-EFB |
| Plaintiff, | STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER |
| v. | |
| APPROXIMATELY $25,560.00 IN U.S. CURRENCY, | Date: August 22, 2011 |
| Defendant. | Time: 2:00 p.m. Courtroom: 5 |

The United States of America, and Claimants Reginald Bowers and Dorothy Williams, by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings for a period of six months pending the outcome of a related criminal case against claimants Bowers and Williams (U.S. v. Reginald Bowers and Dorothy Williams, 2:06-CR-00288 WBS).  A status conference in the related criminal case is currently scheduled for August 8, 2011.

  1. Claimant Bowers filed a claim to the defendant property on January 18, 2007, and filed an Answer to the complaint on February 2, 2007.  Claimant Williams filed a claim on February 7,

1

2007, and an Answer on February 27, 2007.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The United States contends that the defendant currency is the proceeds of drug trafficking and is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6). Claimants deny the allegations.

3. The United States intends to depose claimants regarding their claim to the defendant property and their involvement in drug trafficking. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant real property, or waiving their Fifth Amendment right and submitting to depositions and potentially incriminating themselves. If either person invokes their Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose the law enforcement agents involved in this investigation. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to prosecute the pending criminal action.

5. The parties recognize that proceeding with this action at this time has potential adverse affects on the government's ability to prosecute the underlying criminal conduct and/or upon claimants' ability to prove their claims to the property and assert any defenses to forfeiture. For these reasons, the parties jointly request that this matter be stayed for six

1  months.  At that time the parties will advise the court of the
2  status of the related criminal action, and will advise the court
3  whether a further stay is necessary.

4  Dated: 8/1/11                    BENJAMIN B. WAGNER
                                    United States Attorney
5

6                             By    /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGAN
7                                   Assistant U.S. Attorney

8

9  Dated: 8/1/11                    DANIEL J. BRODERICK
                                    Federal Defender
10

11                            By    /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
12                                  Attorneys for claimant
                                    Reginald Bowers
13

14

15 Dated: 8/1/11                    /s/ James R. Greiner
                                    JAMES R. GREINER
16                                  Attorney for claimant
                                    Dorothy Williams
17
                                    (Signatures authorized by email)
18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months.  On or before February 3, 2012, the parties will advise the court whether a further stay is necessary.  A scheduling conference is scheduled for February 21, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  August 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE