1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | 2:06-CV-02839-WBS-EFB |
| 12           Plaintiff, | **STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER** |
| 13      v. | |
| 14 APPROXIMATELY $25,560.00 IN U.S. CURRENCY, | Date:        August 20, 2012 |
| 15 | Time:        2:00 p.m. |
|           Defendant. | Courtroom: 5 |
| 16 | |

17

18         The United States and Claimants Reginald Bowers and Dorothy Williams, by and

19 through their respective counsel, hereby stipulate that a further stay is necessary in the

20 above-entitled action, and request that the Court enter an order staying all further

21 proceedings for a period of six months pending the outcome of a related criminal case

22 against claimants Bowers and Williams (*U.S. v. Reginald Bowers and Dorothy Williams,*

23 2:06-CR-00288 WBS).  A status conference in the related criminal case is currently

24 scheduled for August 20, 2012.

25         1.     Claimant Bowers filed a claim to the defendant property on January 18,

26 2007, and filed an Answer to the complaint on February 2, 2007.  Claimant Williams filed

27 a claim on February 7, 2007, and an Answer on February 27, 2007.

28         2.     The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2).  The

1
Stipulation for Stay of Further Proceedings and Order

United States contends that the defendant currency is the proceeds of drug trafficking and is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6). Claimants deny the allegations.

3. The United States intends to depose claimants regarding their claims to the defendant property and their involvement in drug trafficking. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant property, or waiving their Fifth Amendment right and submitting to depositions and potentially incriminating themselves. If either person invokes their Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose the law enforcement agents involved in this investigation. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to prosecute the pending criminal action.

5. The parties recognize that proceeding with this action at this time has potential adverse effects on the government's ability to prosecute the underlying criminal conduct and/or upon claimants' ability to prove their claims to the property and assert any defenses to forfeiture. For these reasons, the parties jointly request that this matter

///
///
///
///
///
///
///
///
///

be stayed for six months. At that time the parties will advise the court of the status of the related criminal action, and will advise the court whether a further stay is necessary.

Dated: 8/01/2012

BENJAMIN B. WAGNER
United States Attorney

By /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/30/2012

DANIEL J. BRODERICK
Federal Defender

By /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorneys for claimant
Reginald Bowers
(Authorized by email)

Dated: Aug. 1, 2012

/s/ James R. Greiner
JAMES R. GREINER
Attorney for claimant
Dorothy Williams
(Signature retained by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months. On or before February 4, 2013, the parties will advise the court whether a further stay is necessary. A scheduling conference is scheduled for February 25, 2013.

IT IS SO ORDERED.
Dated: August 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stipulation for Stay of Further Proceedings and Order