BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-02839-WBS-EFB |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $25,560.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against Approximately $25,560.00 in U.S. Currency (hereafter "defendant currency") seized on or about June 28, 2006.

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on December 14, 2006, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.      On December 14, 2006, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on December 20, 2006.

4.      On December 29, 2006, a Notice of Arrest and Seizure of the defendant currency appeared by publication in *The Daily Recorder*, a newspaper of general circulation in the county in which the defendant currency was seized (Sacramento

1

County).  The Proof of Publication was filed with the Court on January 16, 2007.

5.     In addition to Public Notice of Arrest and Seizure, actual notice or attempted notice was given to the following individuals:

      a.     Dorothy Williams

      b.     Reginald Bowers

      c.     Ruth Warner

6.     Claimant Reginald Bowers filed a Verified Claim on January 18, 2007, and an Answer to Complaint on February 2, 2007.  Claimant Dorothy Williams filed a Verified Claim on February 2, 2007, and an Answer to Complaint on February 27, 2007. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.     The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Ruth Warner on November 3, 2008.  Pursuant to Local Rule 540, the United States and claimants thus join in a request that as a pat of this Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Ruth Warner without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.     That judgment is hereby entered against claimants Reginald Bowers and Dorothy Williams and all other potential claimants who have not filed claims in this action.

3.     Upon entry of this Final Judgment of Forfeiture $18,060.00 of the $25,560.00 in U.S. Currency, together with any interest that may have accrued on the entire amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.     Upon entry of this Final Judgment of Forfeiture, but no later than 60 days

2

thereafter, $7,500.00 of the $25,560.00 in U.S. Currency, shall be returned to claimant Dorothy Williams through her attorney James R. Greiner.

5.     That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6.     Claimants Reginald Bowers and Dorothy Williams waived any and all claim or right to interest that may have accrued on the defendant currency.

7.     That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on December 14, 2006, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.     All parties are to bear their own costs and attorney's fees.

9.     The U.S. District Court for the Eastern District of California Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 28th day of January, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Final Judgment of Forfeiture

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint filed December 14, 2006, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated:  January 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE